|  |  |  |
|---|---|---|
| **MARY T. COOK, et al.,** | : | **UNITED STATES DISTRICT COURT** |
|  | : | **DISTRICT OF NEW JERSEY** |
| **Plaintiff(s),** | : |  |
|  | : | **Hon. Dennis M. Cavanaugh** |
| **-vs-** | : | **Civil Action No. 09-6043 (DMC)** |
|  | : |  |
| **METROPOLITAN LIFE, et al.,** | : | <u>**ORDER SCHEDULING CONFERENCE**</u> |
|  | : |  |
|  | : |  |
| **Defendant(s).** | : |  |

**IT IS** on this 9th day of March, 2010

**ORDERED** that there shall be a status/settlement conference before the undersigned on **Wednesday, March 31, 2010** at **10:30 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey

<u>s/Mark Falk</u>
**MARK FALK**
**United States Magistrate Judge**